HARVEY P. SACKETT (72488)

**SACKETT AND ASSOCIATES**
A PROFESSIONAL LAW CORP.

1055 Lincoln Avenue
Post Office Box 5025
San Jose, California 95150-5025
Telephone: (408) 295-7755
Facsimile: (408) 295-7444

Attorney for Plaintiff

/jgl

\*\* E-filed October 19, 2009 \*\*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| PAUL STUART, | ) Case No: C09-01753 HRL |
| Plaintiff, | ) |
| v. | ) STIPULATION AND ORDER |
| MICHAEL J. ASTRUE, Commissioner, Social Security Administration, | ) |
| Defendant. | ) |

    Plaintiff and Defendant, through their respective attorneys, hereby stipulate that Plaintiff shall have a first extension of time of (30) days up through and including Monday, November 16, 2009 in which to e-file his Motion for Summary Judgment. This extension is necessitated by the number of other cases (6) Plaintiff's counsel currently has before this district court and other district courts that also require briefing around this time.

1

STIPULATION AND ORDER

|   |   |   |
|---|---|---|
| | | JOSEPH P. RUSSONIELLO<br>United States Attorney |
| Dated: October 16, 2009 | | */s/*<br>SHEA LITA BOND<br>Special Assistant U.S. Attorney |
| Dated: October 16, 2009 | | */s/*<br>HARVEY P. SACKETT<br>Attorney for Plaintiff<br>PAUL STUART |

IT IS SO ORDERED.

Dated: October 19, 2009

HON. HOWARD R. LLOYD
United States Magistrate Judge

STIPULATION AND ORDER