JOSEPH P. RUSSONIELLO, CSBN 44332
United States Attorney
LUCILLE GONZALES MEIS
Regional Chief Counsel, Region IX,
Social Security Administration
JACQUELINE A. FORSLUND, CSBN 154575
Special Assistant United States Attorney

    333 Market Street, Suite 1500
    San Francisco, California 94105
    Telephone: (415) 977-8932
    Facsimile: (415) 744-0134

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| PAUL STUART,<br><br>    Plaintiff,<br><br>        v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>    Defendant. | CIVIL NO. C-09-01753-HRL<br><br>STIPULATION AND ORDER OF REMAND |

    IT IS HEREBY STIPULATED by the undersigned for the respective parties, subject to the approval of the Court, that this action be remanded to the Defendant, Commissioner of Social Security, pursuant to sentence four of 42 U.S.C. § 405(g) for further proceedings. The purpose of the remand is to offer Plaintiff a new hearing and decision.

    Upon remand, the Office of Disability Adjudication and Review will remand this case to an Administrative Law Judge ("ALJ") and direct him or her to further consider treating and examining source opinions and explain the weight given to such opinion evidence; further evaluate Plaintiff's subjective complaints and provide rationale pertaining to such evaluation; consider the statement of Plaintiff's wife; further consider Plaintiff's maximum residual functional capacity during the entire

period at issue; and, if warranted by the expanded record, obtain supplemental evidence from a vocational expert.

Dated: *December 13, 2009*  */s/ Harvey P. Sackett*
*(authorized by email on December 13, 2009)*
HARVEY P. SACKETT
Attorney for Plaintiff


JOSEPH P. RUSSONIELLO
United States Attorney

Dated: *December 13, 2009*  By: */s/ Jacqueline A. Forslund*
JACQUELINE A. FORSLUND
Special Assistant United States Attorney


PURSUANT TO STIPULATION, IT IS SO ORDERED that this action is reversed and remanded to the Commissioner of Social Security, pursuant to sentence four of 42 U.S.C. § 405(g) for further proceedings.

Dated: December 14, 2009

HOWARD R. LLOYD
United States Magistrate Judge