HARVEY P. SACKETT (72488)          ** E-filed February 5, 2010 **

**S A C K E T T**
**AND ASSOCIATES**
A PROFESSIONAL LAW CORP.

1055 Lincoln Avenue
Post Office Box 5025
San Jose, California 95150-5025
Telephone: (408) 295-7755
Facsimile:  (408) 295-7444


/as

Attorney for Plaintiff


UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA


| | |
|---|---|
| PAUL STUART,<br><br>       Plaintiff,<br><br>v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner,<br>Social Security Administration,<br><br>       Defendant.<br>_____ | No. C 09-01753 HRL<br><br><br>STIPULATION AND ORDER AWARDING ATTORNEY'S FEES AND COSTS UNDER THE EQUAL ACCESS TO JUSTICE ACT [28 U.S.C. § 2412(d)] |

      Plaintiff and Defendant, through their respective attorneys, hereby stipulate that subject to the approval of the Court, Plaintiff's counsel, as Plaintiff's assignee, shall be awarded attorney fees under the EAJA in the amount of FIVE THOUSAND TWO HUNDRED TWO DOLLARS and THIRTY-FOUR CENTS ($5,202.34), and cost in the amount of THREE HUNDRED SEVENTY-NINE DOLLARS and THIRTY-ONE CENTS ($379.31).  This amount presents compensation for all legal services rendered on behalf of Plaintiff by counsel in connection with this civil action, in accordance with 28 U.S.C. §§ 1920 and 2412(d).

STIPULATION AND ORDER AWARDING ATTORNEY'S FEES AND COSTS UNDER THE EQUAL ACCESS TO JUSTICE ACT [28 U.S.C. § 2412(d)]

This stipulation constitutes a compromise settlement of Plaintiff's request for EAJA attorney fees, and does not constitute an admission of liability on the part of Defendant under the EAJA. Payment of $5,202.34 in EAJA attorney fees and $379.31 in EAJA cost shall constitute a complete release from and bar to any and all claims Plaintiff may have relating to EAJA fees and costs in connection with this action. Any payment shall be made payable to Plaintiff's counsel as Plaintiff's assignee and delivered to Plaintiff's counsel. This award is without prejudice to the rights of Plaintiff's counsel to seek Social Security Act attorney fees under 42 U.S.C. § 406, subject to the offset provisions of the EAJA.

Dated: February 5, 2010            /s/_____
                                    HARVEY P. SACKETT
                                    Attorney for Plaintiff
                                    PAUL STUART

                                    JOSEPH P. RUSSONIELLO
                                    United States Attorney

Dated: February 5, 2010            /s/_____
                                    DONNA W. ANDERSON
                                    Special Assistant United States Attorney

IT IS SO ORDERED.

Dated:  February 5, 2010          _____
                                    HON. HOWARD R. LLOYD
                                    United States Magistrate Judge

STIPULATION AND ORDER AWARDING ATTORNEY'S FEES AND COSTS UNDER THE
EQUAL ACCESS TO JUSTICE ACT [28 U.S.C. § 2412(d)]